JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                     :
JOHN WILEY & SONS, INC.
CENGAGE LEARNING, INC. AND                   :
THE MCGRAW-HILL COMPANIES, INC.,
                                             :
                        Plaintiffs,
                                             :
        -against-                                    12 Civ.
                                             :
JOHN DOE D/B/A YUNGUANG WANG D/B/A
DAISY WO D/B/A DAISYWO221 D/B/A               :
DAISY JUNGLE AND JOHN DOE NOS. 1-5,
                                             :
                        Defendants.
                                             :
- - - - - - - - - - - - - - - - - - -x

COMPLAINT AND JURY DEMAND

    Plaintiffs Pearson Education, Inc. ("Pearson"), John

Wiley & Sons, Inc. ("Wiley"), Cengage Learning, Inc. ("Cengage")

and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their

undersigned attorneys, for their complaint against defendants

John Doe d/b/a Yunguang Wang d/b/a Daisy Wo d/b/a daisywo221

d/b/a Daisy Jungle and John Doe Nos. 1-5, aver:

                        Nature of the Action

    1.   Plaintiffs publish college textbooks and

corresponding instructors' solutions manuals.  Plaintiffs are

bringing this action to obtain legal and equitable relief to

remedy defendants' infringement of plaintiffs' copyrights through

their sales of unauthorized copies of plaintiffs' instructors' solutions manuals.

## Jurisdiction and Venue

2.  This Court has subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under the Copyright Act, 17 U.S.C. § 101 <u>et seq.</u>

3.  Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## Parties

4.  Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.  Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.  Cengage is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

7.  McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its

principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.   Upon information and belief, defendant John Doe d/b/a Yunguang Wang d/b/a Daisy Wo d/b/a Daisy Jungle is a natural person currently residing in the United States whose identity and location is currently unknown to plaintiffs.

9.   Upon information and belief, defendants John Doe Nos. 1-5 are associates of John Doe d/b/a Yunguang Wang d/b/a Daisy Wo d/b/a Daisy Jungle who are currently residing in the United States whose identities are presently unknown to plaintiffs.

### The Businesses of Plaintiffs

10.  Each plaintiff publishes a variety of works, including educational books.

11.  As a standard practice, each plaintiff requires its authors to assign the copyrights to it or grant it the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize the dissemination of each work.

12.  Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout,

printing, binding, distribution, copyright enforcement and promotion.

13.     Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals.  This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

14.     An important part of plaintiffs' business is derived from publishing college textbooks.  College professors select textbooks from competing publishers based on the pedagogical value and the quality of supplementary materials.

15.     Instructors' solutions manuals are important supplementary materials.  Professors use instructors' solutions manuals to aid in grading homework.  Students, however, use instructors' solutions manuals to cheat.  Professors are less likely to select a textbook if the instructors' solutions manuals are freely and/or widely available.  Accordingly, plaintiffs do not sell their instructors' solutions manuals, and tightly control their distribution to known faculty.

## Plaintiffs' Copyrights

16.   Plaintiffs routinely register their copyrights.
Pearson has generally registered its copyrights in its works,
including the works on Schedule A (the "Pearson Copyrights").

17.   Wiley has generally registered its copyrights in
its works, including the works on Schedule B (the "Wiley
Copyrights").

18.   Cengage has generally registered its copyrights in
its works, including the works on Schedule C (the "Cengage
Copyrights").

19.   McGraw-Hill has generally registered its
copyrights in its works, including the works on Schedule D (the
"McGraw-Hill Copyrights").

## The Infringing Acts of Defendants

20.   Defendants have, without permission, reproduced
and sold copies of plaintiffs' works.  Specifically, the
defendants have reproduced and sold copies of plaintiffs'
instructors' solutions manuals, including sales into the Southern
District of New York, through online sales at websites and
forums, including but not limited to, studyaid4sale.blogspot.com
and studyaid4sale001.blogspot.com, using the usernames including,
but not limited to, "Yunguang Wang," "Daisy Wo," "daisywo221" and
"Daisy Jungle" and e-mail addresses including, but not limited

to, daisywo221@gmail.com, daisyjungle@yahoo.com,

studyaid4sale001@gmail.com and nikilane09@gmail.com.

CLAIM FOR RELIEF
(Copyright Infringement - 17 U.S.C. § 501)

21.  Plaintiffs repeat the averments contained in
paragraphs 1 through 20 as if set forth in full.

22.  Pearson has received United States Certificates of
Copyright Registration for the Pearson Copyrights.

23.  Wiley has received United States Certificates of
Copyright Registration for the Wiley Copyrights.

24.  Cengage has received United States Certificates of
Copyright Registration for the Cengage Copyrights.

25.  McGraw-Hill has received United States
Certificates of Copyright Registration for the McGraw-Hill
Copyrights.

26.  The Pearson, Wiley, Cengage and McGraw-Hill
Copyrights are valid and enforceable.

27.  Defendants have infringed the Pearson, Wiley,
Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C.
§ 501.

28.  Defendants' acts have irreparably damaged and,
unless enjoined, will continue to irreparably damage plaintiffs.
Plaintiffs have no adequate remedy at law for these wrongs and
injuries.  Plaintiffs are, therefore, entitled to a preliminary

and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

29. Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

30. Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively at plaintiffs' election, (3) statutory damages.

WHEREFORE, plaintiffs demand judgment:

A. Preliminarily and permanently enjoining the defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B. Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C. Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505; and

D.    Granting such other and further relief as to this Court seems just and proper.

## Jury Trial Demand

PLEASE TAKE NOTICE that pursuant to Rule 38 of the Federal Rules of Civil Procedure, the plaintiffs hereby demand a trial by jury of all issues that are so triable.

Dated:  New York, New York            DUNNEGAN & SCILEPPI LLC
        October 9, 2012

                                      By _____
                                         Laura Scileppi (LS0114)
                                         ls@dunnegan.com
                                         Benjamin Liebowitz (BL1723)
                                         bl@dunnegan.com
                                      Attorneys for Plaintiffs
                                         Pearson Education, Inc.,
                                         John Wiley & Sons, Inc.,
                                         Cengage Learning, Inc. and
                                         The McGraw-Hill Companies, Inc.
                                      350 Fifth Avenue
                                      New York, New York 10118
                                      (212) 332-8300

Schedule A
"Pearson Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.  Accounting Information Systems, Bodnar (10th Edition)
    (October 27, 2009) (TX0007073739)
2.  Accounting Information Systems, Romney (11th Edition) (March
    24, 2008) (TX0006996489)
3.  A First Course in Probability, Ross (7th Edition) (January
    17, 2006) (TX0006304470)
4.  An Introduction to Mathematical Statistics and Its
    Applications, Larsen (4th Edition) (February 12, 2008)
    (TX0006844000)
5.  Auditing and Assurance Services: An Integrated Approach,
    Arens (12th Edition) (April 13, 2007) (TX0006548957)
6.  Auditing and Assurance Services: An Integrated Approach,
    Arens (13th Edition) (April 2, 2009) (TX0006968258)
7.  Basic Business Statistics: Concepts and Applications,
    Berenson (11th Edition) (May 2, 2008) (TX0007023280)
8.  Biostatistics for the Health Sciences, Blair (1st Edition)
    (February 13, 2008) (TX0007033116)
9.  Differential Equations: Computing and Modeling, Edwards (4th
    Edition) (October 22, 2007) (TX0006879674)
10. Discrete-Event System Simulation, Banks (5th Edition)
    (October 9, 2009) (TX0007043524)
11. Foundations of Economics, Bade (5th Edition) (March 9, 2010)
    (TX0007163453)
12. Foundations of Finance: The Logic and Practice of Financial
    Management, Keown (6th Edition) (August 9, 2007)
    (TX0006904586)
13. Foundations of Finance, Keown (7th Edition) (March 11, 2010)
    (TX0007152724)
14. Fundamentals of Futures and Options Markets, Hull (7th
    Edition) (March 23, 2010) (TX0007161496)
15. Introduction to Econometrics, Stock (2nd Edition) (August 30,
    2006) (TX0006441541)
16. Management Accounting, Atkinson (5th Edition) (January 29,
    2007) (TX0006541412)
17. Mathematical Proofs: A Transition to Advanced Mathematics,
    Chartrand (2nd Edition) (November 1, 2007) (TX0006883309)
18. Operations Management, Heizer (10th Edition) (April 13, 2010)
    (TX0007169150)
19. Physics: Principles with Applications, Giancoli (6th Edition)
    (July 29, 2010) (TX0007222667)
20. Problem Solving with C++, Savitch (7th Edition) (March 17,
    2008) (TX0006844446)

Schedule B
"Wiley Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.  Intermediate Accounting, Donald Kieso (13th Edition)
    (September 10, 2009) (TX0007044357)
2.  Fundamentals of Physics: Instructor's Solutions Manual
    Volume 1, David Halliday (7th Edition) (January 21, 2005)
    (TX0006101287)
3.  Fundamentals of Physics: Instructor's Solutions Manual
    Volume 2, David Halliday (7th Edition) (January 21, 2005)
    (TX0006101286)

Schedule C
"Cengage Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.  Financial Management: Theory & Practice, Brigham (13th Edition) (July 22, 2011) (TX0007401325)
2.  Advanced Accounting, Fischer, Taylor/Cheng (10th Edition) (May 29, 2008) (TX0006911127)
3.  Anderson's Business Law and the Legal Environment, Twomey (21st Edition) (April 3, 2012) (TX0007517530)
4.  Business Law Today, Standard Edition, Miller/Jentz (9th Edition) (April 9, 2012) (TX0007514805)
5.  Concepts in Federal Taxation 2011, Murphy/Higgins (18th Edition) (April 30, 2012) (TX0007522865)
6.  Concepts of Database Management, Pratt/Adamski (6th Edition) (September 24, 2007) (TX0006818729)
7.  Cost Accounting: Foundations and Evolutions, Kinney/Raiborn (8th Edition) (May 16, 2012) (TX0007532390)
8.  Economics: Principles and Policy, Update 2010 Edition, Baumol/Blinder (11th Edition) (April 17, 2012)
9.  Entrepreneurial Finance, Leach/Melicher (3rd Edition) (June 20, 2008) (TX0006863489)
10. Understanding Nutrition, Whitney/Rolfes (12th Edition) (March 2, 2011) (TX0007330340)
11. Federal Tax Research, Raabe/Whittenburg/Sanders (8th Edition) (September 16, 2008) (TX0006900333)

Schedule D
"McGraw-Hill Copyrights"

<u>Title, Author (Edition) (Registration Date) (Registration Number)</u>

1. Corporate Finance, Ross/Westerfield/Jaffe (9th Edition)
   (September 28, 2010) (TX0007265582)
2. Advanced Accounting, Hoyle/Schaefer/Doupnik (9th Edition) (May
   27, 2009) (TX0006976421)
3. Organic Chemistry, Carey (8th Edition) (August 26 2010)
   (TX0007266375)
4. Fundamentals of Advanced Accounting, Hoyle/Schaefer/Doupnik
   (4th Edition) (April 4, 2010) (TX0007173495)
5. Advanced Financial Accounting, Baker (8th Edition) (June 18,
   2009) (TX0006994271)
6. Principles of Auditing and Other Assurance Services,
   Whittington (17th Edition) (September 28, 2009) (TX0007226971)